UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN JERMAINE JACKSON,

    Plaintiff,

v.                                Case No. 3:15cv231/MCR/EMT

PENSACOLA POLICE DEPARTMENT,
et al.,

    Defendants.
_____/

# O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 6, 2015.  (Doc. 6).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 11th day of September 2015.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**